UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

ALEXIS SZANDORA
MILLHOUSE, *aka Justin Dean
Millhouse II*,

                                 :

        Plaintiff,                 Case No. 2:25-cv-491
                                   Chief Judge Sarah D. Morrison
    v.                       Magistrate Judge S. Courter M.
                                   Shimeall

DR. ARADHANA GILL, *et al.*,    :

        Defendants.

## **ORDER**

This matter is before the Court on the February 2, 2026 Report and Recommendation issued by the Magistrate Judge. (ECF No. 7.) The Magistrate Judge performed an initial screen of the Complaint (ECF No. 5) pursuant to 28 U.S.C. § 1915(e)(2). The time for filing objections has passed, and no objections have been filed. The Court thus **ADOPTS** and **AFFIRMS** the Report and Recommendation (ECF No. 7). Accordingly, Plaintiff may **PROCEED** on the following claims:

(1) Fourth and Fourteenth Amendment unlawful strip-search claim against Defendant Shoop based on Plaintiff's allegations suggesting a CCI policy requiring Plaintiff to be strip searched by male officers;

(2) Eighth Amendment deliberate indifference claims against Defendants Chalupa, Gill, Peppers, and Chambers-Smith based on Plaintiff's allegations that these Defendants either denied or implemented an ODRC policy that caused the denial of her requests for electrolysis and SRS;

(3) Eighth Amendment deliberate indifference and Fourteenth Amendment equal protection claims against Defendant Shoop based on Plaintiff's allegations suggesting a CCI policy prohibiting the sale of makeup and feminine toiletries necessary for Plaintiff's social transitioning; and

(4) Eighth Amendment deliberate indifference and Fourteenth Amendment equal protection claims against Defendant Shoop for her continued housing at CCI based on Plaintiff's allegations that there are other transgender women housed at female correctional facilities.

The following claims are **DISMISSED with prejudice**:

(1) First Amendment retaliation claims;

(2) Claims for violations of ODRC policy; and

(3) Official capacity claims for monetary relief.

And the claims against unnamed Defendants are **DISMISSED without prejudice**.

       **IT IS SO ORDERED.**

/s/ Sarah D. Morrison
**SARAH D. MORRISON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**

2